UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:13-MJ-1263-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Cory L. Rogers** | ) | |

On May 14, 2013, Cory L. Rogers appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired - Level 2 in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. §13, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 14, 2014, the court finds as a fact that Cory L. Rogers, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to obtain a substance abuse assessment and complete any prescribed treatment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

That the term of supervision be extended for 6 months from the expiration date of May 13, 2014 until November 13, 2014.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 14th day of May, 2014.

_____
James E. Gates
U.S. Magistrate Judge